UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

APOLLO D. JOHNSON,

    Plaintiff,

v.

ROBERT GOODSPEED,

    Defendant.
_____/

Case No. 1:21-cv-186

HON. JANE M. BECKERING

## ORDER

This is a prisoner civil rights action. Defendant filed a Motion for Partial Summary Judgment (ECF No. 15). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on February 11, 2022 (ECF No. 27), recommending that this Court: (1) order that Plaintiff's retaliation claims are limited to the October 9 and 24, 2019 Class II insolence misconducts; (2) deny Defendant's motion for partial summary judgment (ECF No. 15); and (3) order that the exhaustion defense be deemed waived in the event that Defendant does not request a bench trial on the issue within 14 days. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 27) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Partial Summary Judgment (ECF No. 15) is DENIED.

**IT IS FURTHER ORDERED** that Plaintiff's retaliation claims are limited to the October 9 and 24, 2019 Class II insolence misconducts.

**IT IS FURTHER ORDERED** that the exhaustion defense is deemed waived in the event that Defendant does not request a bench trial on the issue within fourteen (14) days from the date of this Order.

Dated: March 14, 2022                             /s/ Jane M. Beckering
                                                  JANE M. BECKERING
                                                  United States District Judge